# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Trust, Alan S. | 2. Court or Organization<br><br>Bankruptcy Court | 3. Date of Report<br><br>09/09/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

290 Federal Plaza, 9th floor
Central Islip, NY 11722

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Teaching - St Johns University School of Law | $10,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 3/22/19 - 3/25/19 | Washington, DC | attend bar ass'n event | reimbursement for actual out of pocket travel, provided lodging and meals |
| 2. | American Bankr Institute | 5/16/19 - 5/16/19 | NY, NY | speaker at a seminar in NY, NY | reimbursement for actual out of pocket travel |
| 3. | American Bankr Inst. | 8/22/19- 8/23/19 | Washington, DC | speaker on a video seminar recorded in DC | reimbursement for actual out of pocket travel and meals, provided lodging |
| 4. | American Conf. Inst. | 10/29/19 - 10/31/19 | Dallas, TX | speaker at a seminar in Dallas TX | reimbursement for actual out of pocket travel and meals, provided lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AmeriPrise (H) | | | | | | | | | |
| 2. Ameriprise / Columbia Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 3. RVS Life Fixed (annuity) | A | Int./Div. | N | T | Redeemed (part) | 10/14/19 | J | A | fully annuitized 12.30.19 |
| 4. Franklin VIP Small Cap Valu (annuity) | | None | | | Merged (with line 3) | 12/30/19 | K | | |
| 5. | | | | | Redeemed (part) | 10/14/19 | J | A | |
| 6. | | | | | Buy (add'l) | 04/03/19 | J | | rebalance of annuity |
| 7. AB VPS Growt & Inc. (annuity) | | None | | | Merged (with line 3) | 12/30/19 | J | | |
| 8. | | | | | Redeemed (part) | 10/14/19 | J | A | |
| 9. | | | | | Buy (add'l) | 04/03/19 | L | | rebalance of annuity |
| 10. Am Cent VP Bal (annuity) | | None | | | Sold | 04/03/19 | K | | rebalace of annuiy |
| 11. COL VP Dividend Opp(annuity) | | None | | | Merged (with line 3) | 12/30/19 | L | | |
| 12. | | | | | Sold (part) | 10/14/19 | J | A | |
| 13. | | | | | Buy | 04/13/19 | L | | rebalance of annuity |
| 14. COL VP Midcap (annuity) | | None | | | Merged (with line 3) | 12/30/19 | K | | |
| 15. | | | | | Sold (part) | 10/14/19 | J | A | |
| 16. | | | | | Buy | 04/13/19 | K | | rebalancd of annuity |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   COL VP Ltd Dur (annuity) | | None | | | Merged<br>(with line 3) | 12/30/19 | K | | |
| 19. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 20. | | | | | Buy | 04/13/19 | K | | rebalance of annuity |
| 21.   Lazard GlblDyn Mlt (annuity) | | None | | | Merged<br>(with line 3) | 12/30/19 | J | | |
| 22. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 23. | | | | | Buy | 04/03/19 | J | | rebalncd of annuity |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26.   Franklin Inc VIP (anuity) | | None | | | Merged<br>(with line 3) | 12/30/19 | K | | |
| 27. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 28. | | | | | Buy | 04/13/19 | K | | rebalance of nnuity |
| 29. | | | | | | | | | |
| 30.   Templeton Glbl Bond (annuity) | | None | | | Merged<br>(with line 3) | 12/30/19 | J | | |
| 31. | | | | | Sold<br>(part) | 10/14/19 | J | A | |
| 32. | | | | | Buy | 04/13/19 | J | | rebalancd of annuity |
| 33.   Invesco Int' Gr Sr (annuity) | | None | | | Sold | 04/03/19 | J | | rebalance of annuity |
| 34.   Inv Opp GblStruc Fd (annuity ) | | None | | | Sold | 04/03/19 | J | | rebalance of annuitu |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. COL VP Balanced Fund (annuity) | | None | | | Sold | 04/03/19 | L | | rebalance of annuity |
| 36. COL VP Growth | | None | | | Sold | 04/03/19 | K | | rebalance of annuity |
| 37. Amer Cnet VP Value | | None | | | Sold (part) | 10/14/19 | J | A | |
| 38. | | | | | Merged (with line 3) | 12/30/19 | K | | |
| 39. AVZ- A (H) | | | | | | | | | |
| 40. Blackrock Total Ret. (was AMP) MAHQX | A | Int./Div. | J | T | Sold (part) | 10/31/19 | K | B | |
| 41. SSTHX Wells Short Term High Yield (was AMP) | A | Int./Div. | | | Sold | 11/1/19 | J | A | |
| 42. Artisan High Income ARTFX | A | Int./Div. | J | T | Sold (part) | 11/1/19 | J | A | |
| 43. AB Disc Valu Adv ABYSX | | None | | | Sold | 11/01/19 | K | | loss |
| 44. Amer Century Eq Inc. ACIIX | A | Int./Div. | | | Sold | 11/01/19 | K | B | |
| 45. Amer Cent Inflation Adjusted Bond AIAHX | A | Int./Div. | J | T | Sold (part) | 11/01/19 | K | A | |
| 46. AMZN | | None | | | Sold | 11/01/19 | K | A | |
| 47. Artisan Global Opp ARTRX | | None | | | Sold | 11/01/19 | J | A | |
| 48. Blackrock Global Div BIBDX | A | Int./Div. | | | Sold | 11/01/19 | K | C | |
| 49. BMRN | | None | | | Sold | 11/01/19 | J | | loss |
| 50. Commerce MidCap Growth CFAGX | A | Int./Div. | | | Sold | 10/31/19 | K | C | |
| 51. CVS | A | Int./Div. | | | Sold | 11/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DBX ETF TR | | None | | | Sold | 10/31/19 | J | A | |
| 53. Deutsche Tele AG DTEGY | | None | | | Sold | 11/01/19 | J | | loss |
| 54. EXEL | | None | | | Sold | 11/01/19 | J | | loss |
| 55. Fidelity Adv Growth Opp FAGCX | | None | | | Sold | 11/01/19 | L | E | |
| 56. Goldman Sachs Global Inc. GBIRX | | None | | | Sold | 11/01/19 | J | A | |
| 57. HD | | None | | | Sold | 11/01/19 | J | A | |
| 58. Hartford Mid Cap HFMIX | | None | | | Sold | 11/01/19 | K | | loss |
| 59. HLT | | None | | | Sold | 11/01/19 | J | A | |
| 60. IShares SP MidCap IJJ | | None | | | Sold | 11/01/19 | J | A | |
| 61. IShares COre S&P IJR | | None | | | Sold | 11/01/19 | K | B | |
| 62. IShares US Fin IYF | A | Int./Div. | | | Sold | 11/01/19 | K | C | |
| 63. Janus Hend Forty JACTX | | None | | | Sold | 11/01/19 | J | B | |
| 64. JNPR | | None | | | Sold | 11/01/19 | J | | loss |
| 65. LUV | | None | | | Sold | 11/01/19 | J | A | |
| 66. MFS Aggresive MIAGX | | None | | | Sold | 11/01/19 | K | A | |
| 67. MFS Intl intrinsic Value MINIX | | None | | | Sold | 11/01/19 | L | D | |
| 68. INvesco Opp Main Street MSIGX | | None | | | Sold | 11/01/19 | K | | no gain or loss reported |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Nicholas II NNTWX | | None | | | Sold | 11/01/19 | J | A | |
| 70.   NTGR | | None | | | Sold | 11/01/19 | J | | loss |
| 71.   Wells Fargo Grwtn Bal NVGBX | | None | | | Sold | 11/01/19 | J | B | |
| 72.   Invesco Opp Dv Mkts ODVYX | A | Int./Div. | | | Sold | 11/01/19 | J | | loss |
| 73.   Inv. Opp Global Opp OPGIX | A | Int./Div. | | | Sold | 11/01/19 | J | | no gin or loss reported |
| 74.   Inv Opp Main St Mid Cap OPMSX | | None | | | Sold | 10/31/19 | J | | no gain or loss reported |
| 75.   ORCL | | None | | | Sold | 11/01/19 | J | A | |
| 76.   Parnussus Endeavor PARWX | | None | | | Sold | 11/01/19 | J | A | |
| 77.   T Rowe Price global PRGSX | A | Int./Div. | | | Sold | 11/01/19 | K | B | |
| 78.   Invesco ETF Tr PSJ | | None | | | Sold | 11/01/19 | J | B | |
| 79.   Invesco QQQ Trust QQQ | | None | | | Sold | 11/01/19 | J | B | |
| 80.   RIO | | None | | | Sold | 11/01/19 | J | A | |
| 81.   DWS Emerging Mkts SEMGX | | None | | | Sold | 11/01/19 | J | | loss |
| 82.   Wells Fargo Short term High STYIX | | None | | | Sold | 11/01/19 | J | A | |
| 83.   TWMIX | A | Int./Div. | | | Sold | 11/01/19 | J | A | |
| 84.   Carillion Scout Small Cap UMBHX | A | Int./Div. | | | Sold | 11/01/19 | J | A | |
| 85.   Vanguard Star VGSTX | | None | | | Sold | 11/01/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard Index Value VTV | | None | | | Sold | 11/01/19 | J | A | |
| 87. ML Commerce MidCap CFAGX | A | Int./Div. | | | Sold | 11/01/19 | K | C | |
| 88. AVZ-A-NEW (H) | | | | | | | | | |
| 89. Inv. Opp DIsc ODIYX | | None | J | T | Buy | 11/1/19 | J | | |
| 90. AMG Times Sq Small Cap TQTIX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 91. Inv Opp Int'l Grw OIGYX | A | Int./Div. | K | T | Buy | 11/01/19 | J | | |
| 92. Casuseway Emerg Mkts Fund CEMIX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 93. DElaware Value FUnd DDVIX | A | Int./Div. | L | T | Buy | 11/01/19 | L | | |
| 94. DWS Enhanced Commod Strat SKIRX | A | Int./Div. | K | T | Buy | 11/01/19 | K | | |
| 95. Emerald Growth FGROX | | None | J | T | Buy | 11/1/19 | J | | |
| 96. Harding Loevner Inst. Emerg Mkts HLMEX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 97. Hartford Scriders Intl MLT HFYYX | A | Int./Div. | K | T | Buy | 11/01/19 | J | | |
| 98. Loomis Sayles Gr. LSGRX | A | Int./Div. | L | T | Buy | 11/1/19 | L | | |
| 99. PIMCO Total ret. PTTNX | B | Int./Div. | K | T | Buy | 11/1/19 | K | | |
| 100. ISHARES Core S&P 500 ETF IVV | B | Int./Div. | M | T | Buy | 11/01/19 | M | | |
| 101. ISHARES CORE US AGG BOND ETF AGG | C | Int./Div. | K | T | Buy | 11/01/19 | L | | |
| 102. ISHARES RUSSELL 2000 ETF IWM | A | Int./Div. | K | T | Buy | 11/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  ISHARES TRUST CORE MSCI ETF IEFA | B | Int./Div. | K | T | Buy | 11/01/19 | K | | |
| 104.  ISHARES CORE MSCI EMERGING ETF IEMG | A | Int./Div. | K | T | Buy | 11/01/19 | K | | |
| 105.  MFS New DIsc Value Fund NDVIX | A | Int./Div. | K | T | Buy | 11/01/19 | K | | |
| 106.  Metropolitan West Total Ret MWTIX | B | Int./Div. | L | T | Buy | 11/01/19 | L | | |
| 107.  Principal RE SEC Inst PIREX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 108.  Vanguard RE ETF VNQ | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 109.  Cypress Seimconducto CY | | None | | | Sold | 11/01/19 | J | B | |
| 110.  XTRACKERS DBEU Hedged Equity | A | Int./Div. | | | Sold | 11/01/19 | J | A | |
| 111.  AVZ- L (H) | | | | | | | | | |
| 112.  Inv. Opp DIsc ODIYX | A | Int./Div. | J | T | Buy | 11/1/19 | J | | |
| 113.  AMG Timesquare Int Sm TQTIX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 114.  invesco Opp Int'l Growth OIGYX | | None | J | T | Buy | 11/01/19 | J | | |
| 115.  Cayseway Emerging Mkt CEMIX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 116.  Delaware Value DDVIX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 117.  DWS Enhanced Comm SKIRX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 118.  Harding Loevner Inst Emrg HLMEX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 119.  Hartford Schroeder MLT CP HFYYX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ISHARES SP 500 IVV | A | Int./Div. | K | T | Buy | 11/01/19 | K | | |
| 121. ISHARES CORE US AGG BOND ETF AGG | A | Int./Div. | K | T | Buy | 11/01/19 | K | | |
| 122. ISHARES RUSSELL 2000 ETF IWM | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 123. ISHARES TRUST CORE MSCI ETF IEFA | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 124. ISHARES CORE MSCI EMERGING ETF IEMG | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 125. MFS New DIsc Value Fund NDVIX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 126. Metropolitan West Total Ret MWTIX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 127. Principal RE SEC Inst PIREX | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 128. Vanguard RE ETF VNQ | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 129. PIMCO Total ret. PTTNX | A | Int./Div. | J | T | Buy | 11/1/19 | K | | |
| 130. Am Cent Eq Inc ACIIX | A | Int./Div. | | | Sold | 11/01/19 | J | A | |
| 131. Am Cent Sustainable AFDIX | | None | | | Sold | 11/01/19 | J | A | |
| 132. Blackrock High Yield BHYIX | A | Int./Div. | J | T | Sold (part) | 11/01/19 | J | A | |
| 133. Blackrock Multi Asset BIICX | A | Int./Div. | J | T | Sold (part) | 11/01/19 | J | A | |
| 134. Goldman Int'l Eq. GCITX | | None | | | Sold | 11/01/19 | J | | loss |
| 135. Hartfod Mid Cap HFMIX | | None | | | Sold | 11/01/19 | J | A | |
| 136. Voya Strategic IISIX | A | Int./Div. | J | T | Sold (part) | 11/01/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  IShares Core S&P IJH | | None | | | Sold | 11/01/19 | J | A | |
| 138.  JP Morgan Growth JGASX | | None | | | Sold | 11/01/19 | J | A | |
| 139.  MFS Intl Int. MINIX | | None | | | Sold | 11/01/19 | J | B | |
| 140.  MFS MA Inv. MITIX | A | Int./Div. | | | Sold | 11/01/19 | K | D | |
| 141.  Trans Amer Bond TFXIX | A | Int./Div. | | | Sold | 11/01/19 | J | A | |
| 142.  DWS Golbal Infr TOLSX | A | Int./Div. | | | Sold | 11/01/19 | J | A | |
| 143.  Amer Century Ultra TWCUX | | None | | | Sold | 11/01/19 | J | A | |
| 144.  Amer Cent Eq Inc. TWEIX | A | Int./Div. | | | Sold | 11/01/19 | J | A | |
| 145.  Loomis Sayles Gr. LSGRX | A | Int./Div. | L | T | Buy | 11/1/19 | L | | |
| 146.  Emerald Growth FGROX | | None | J | T | Buy | 11/1/19 | J | | |
| 147.  Vanguard Sector VFH | | None | | | Sold | 11/01/19 | J | A | |
| 148.  Vanguard Index MidCap VO | | None | | | Sold | 11/01/19 | J | A | |
| 149.  Vanguard Index SP 500 VOO | | None | | | Sold | 11/01/19 | J | A | |
| 150.  Vanguard Target 2030 VTHRX | | None | | | Sold | 11/01/19 | J | A | |
| 151.  Vanguard Intl Value VTRIX | | None | | | Sold | 11/01/19 | J | A | |
| 152.  Vanmguard Target 2025 VTTVX | | None | | | Sold | 11/01/19 | J | A | |
| 153.  Vanguard Index Ext VXF | | None | | | Sold | 11/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  WP Carey WPC | A | Int./Div. | | | Sold | 11/01/19 | K | D | |
| 155.  Alliance Bernstein Disc Valaue (A IRA) | B | Int./Div. | K | T | | | | | |
| 156.  Mass Mutual (H) | | | | | | | | | |
| 157.  Mass Mutual Annuity -- MML Equity | | None | J | T | | | | | |
| 158.  MML Opp Global Strategic Income | | None | J | T | | | | | |
| 159.  Mass Mutual Annuity -- Opp Global fka Global Strategic | | None | J | T | | | | | |
| 160.  Mass Mutual Annuity -- Opp Main Street Small Cap | | None | K | T | | | | | |
| 161.  Mass Mutual Annuity -- Opp Main Street | | None | K | T | | | | | |
| 162.  Mass Mutial Oppen Discovery Midcap | | None | J | T | | | | | |
| 163.  MML US Gov't Money Market | | None | J | T | Buy | 02/04/19 | J | | |
| 164.  MML Managed Bond | | None | J | T | Buy | 02/04/19 | J | | |
| 165.  MML Blend | | None | J | T | Buy | 02/04/19 | J | | |
| 166. | | | | | | | | | |
| 167.  SCHOLARS EDGE (H) | | | | | | | | | |
| 168.  Principal Blue Chip Portfolio | | None | J | T | | | | | |
| 169.  Aggressive Portfolio fka 100 | | None | K | T | Sold (part) | 1/2/19 | J | A | |
| 170. | | | | | Sold (part) | 8/2/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Moderately Agressive Portfolio nfka 80 | | None | | | Sold (part) | 1/2/19 | J | A | |
| 172. | | | | | Merged (with line 169) | 8/2/19 | J | A | |
| 173. Moderate Portfolio fka 60 | | None | J | T | Sold (part) | 1/2/19 | J | A | |
| 174. | | | | | Sold (part) | 8/2/19 | J | A | |
| 175. Vanguard Mid Cap Indxe | | None | J | T | | | | | |
| 176. Principal SystematEx Int'l Portfolio | | None | J | T | | | | | |
| 177. | | | | | | | | | |
| 178. Merrill Lynch (H) | | | | | | | | | |
| 179. AMD | | None | | | Sold | 04/03/19 | J | B | |
| 180. AMZN | | None | J | T | Sold (part) | 12/27/19 | J | A | |
| 181. APPL | A | Int./Div. | J | T | Sold (part) | 10/24/19 | J | A | |
| 182. | | | | | Sold (part) | 12/13/19 | J | B | |
| 183. CUMMINS | A | Int./Div. | | | Sold | 03/23/19 | J | | loss |
| 184. CVS | A | Int./Div. | J | T | | | | | |
| 185. DIS | A | Int./Div. | J | T | | | | | |
| 186. FB | | None | J | T | Sold (part) | 01/02/19 | J | | loss |
| 187. | | | | | Sold (part) | 11/27/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | | | | | |
| 189. GOOGL | | None | J | T | | | | | |
| 190. GRPN | | None | J | T | Buy | 07/22/19 | J | | |
| 191. NYT | A | Int./Div. | J | T | | | | | |
| 192. NEKTAR | | None | | | Sold | 11/08/19 | J | | loss |
| 193. NETFLIX | | None | | | Sold<br>(part) | 4/1/19 | J | | loss |
| 194. | | | | | Sold<br>(part) | 10/11/19 | J | | loss |
| 195. | | | | | Sold | 12/09/19 | J | A | |
| 196. ORCL | A | Int./Div. | J | T | | | | | |
| 197. QUALCOMM | A | Int./Div. | | | Sold | 5/2/19 | J | B | |
| 198. RIO | A | Int./Div. | J | T | | | | | |
| 199. SIEGY | A | Int./Div. | J | T | Sold<br>(part) | 4/18/19 | J | | loss |
| 200. | | | | | Sold<br>(part) | 10/15/19 | J | | loss |
| 201. LUV | A | Int./Div. | J | T | Buy | 4/8/19 | J | | |
| 202. | | | | | Buy<br>(add'l) | 5/29/19 | J | | |
| 203. NY 529 (H) | | | | | | | | | |
| 204. Aggressive Growth Port. | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Trust, Alan S.** | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Mid Cap Stock Port. | | None | J | T | | | | | |
| 206.  Small Cap Stock Port. | | None | J | T | | | | | |
| 207.  Growth port | | None | J | T | | | | | |
| 208.  Mod Growth Port | | None | J | T | | | | | |
| 209.  Conservative Growth | | None | | | Merged<br>(with line 204) | 7/1/19 | J | | |
| 210.  MISC. ASSETS (H) | | | | | | | | | |
| 211.  Belt West Funding Corp raw land in Dallas County | | None | J | U | | | | | |
| 212.  Royal McAbee universal life insurance | | None | J | T | | | | | |
| 213.  State of Israel savings bond | A | Int./Div. | K | T | | | | | |
| 214.  Energy East | A | Int./Div. | J | T | | | | | |
| 215.  Justice Federal accounts | A | Int./Div. | K | T | | | | | |
| 216.  Wells Fargo checking acct | A | Interest | J | T | | | | | |
| 217. | | | | | | | | | |
| 218.  US treasuries | A | Interest | K | T | | | | | |
| 219. | | | | | | | | | |
| 220.  AMERICAN GENERAL | A | Int./Div. | J | T | | | | | |
| 221.  INVESCO-AL (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Oppenheimer Money Mkt | A | Int./Div. | J | T | | | | | |
| 223.  Opp Main Street MSIGX | C | Int./Div. | L | T | Sold (part) | 3/11/19 | K | | rollover |
| 224.  Opp Discovery OPOCX | B | Int./Div. | K | T | | | | | |
| 225.  Opp Main St Mid Cap OPMSX | A | Int./Div. | K | T | Sold (part) | 2/15/19 | J | | rollover |
| 226.  Opp Disc Mid Cap Gr (b) OEGAX | B | Int./Div. | K | T | Sold (part) | 2/15/19 | J | | rollover |
| 227. | | | | | Sold (part) | 3/11/19 | J | | rollover |
| 228. | | | | | Sold (part) | 01/07/19 | J | A | |
| 229.  Opp Equity Inc. OAEIX | A | Int./Div. | J | T | Sold (part) | 2/15/19 | J | | rollover |
| 230. | | | | | Sold (part) | 3/11/19 | J | | rollover |
| 231.  Opp Rising Divs (b) OARDX | A | Int./Div. | J | T | Sold (part) | 8/5/19 | J | | rollover |
| 232.  OFI Main St Small Cap OSCAX | A | Int./Div. | J | T | Sold (part) | 2/15/19 | J | | rollover |
| 233. | | | | | Sold (part) | 3/11/19 | J | | rollover |
| 234. | | | | | Sold (part) | 06/21/19 | J | A | |
| 235.  Opp Global Focus GLVAX | B | Int./Div. | J | T | Sold (part) | 08/05/19 | J | | rollover |
| 236.  OFI Intl Small Mid OSMAX | A | Int./Div. | J | T | Sold (part) | 8/5/19 | J | | rollover |
| 237.  OFI IntL; Diversity OIDAX | A | Int./Div. | J | T | Buy (add'l) | 3/12/19 | J | | |
| 238.  OFI Port Series Growth OAAIX | A | Int./Div. | J | T | Sold (part) | 2/15/19 | J | | rollover |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 3/11/19 | J | | rollover |
| 240. OFI Cap App OPTFX | | None | | | Sold<br>(part) | 2/15/19 | J | | rollover |
| 241. | | | | | Sold<br>(part) | 3/11/19 | J | | rollover |
| 242. | | | | | Sold | 3/13/19 | J | | rollover |
| 243. OFI Global Opp OPGIX (was B) | B | Int./Div. | | | Sold<br>(part) | 11/8/19 | J | A | |
| 244. | | | | | Sold<br>(part) | 11/15/19 | J | A | |
| 245. | | | | | Sold | 11/27/19 | J | A | |
| 246. OFI Intl Growth OIGAX (was b) | | None | | | Sold | 3/12/19 | J | | rollover |
| 247. OFI Steelpath MLP MLPFX | A | Int./Div. | | | Sold | 2/21/19 | J | | rollover |
| 248. Opp Global OPPAX (was b) | C | Int./Div. | | | Sold | 2/15/19 | J | | rollover |
| 249. Opp Intl Eq (L) QIVAX | | None | | | Sold | 3/20/19 | J | | rollover |
| 250. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Trust, Alan S.** | 09/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544